**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00192-CR

**RITO DUENAS-QUINTERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-54251-Y**

## ORDER

The Court **ORDERS** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 3, a CD with photographs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7, and to counsel for all parties.


/s/     DAVID EVANS
JUSTICE